John E. Flaherty
Jonathan M.H. Short
Carissa L. Rodrigue
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB,*
*AstraZeneca LP, KBI-E, Inc., and Pozen Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. INC. and DR. REDDY'S LABORATORIES, INC.<br><br>Defendants/Counter-Plaintiffs. | CIVIL ACTION NO. 11-cv-02317-JAP-DEA<br>(CONSOLIDATED FOR DISCOVERY PURPOSES WITH CIVIL ACTION NOS. 11-cv-04275-JAP-DEA AND 11-cv-06348 JAP-DEA)<br><br>**Motion Day:  September 17, 2012**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND THEIR RESPONSE TO DRL'S INVALIDITY CONTENTIONS** |

TO DR. REDDY'S LABORATORIES, LTD. INC., DR. REDDY'S LABORATORIES, INC. AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Plaintiffs-Counterclaim-Defendants AstraZeneca AB, AstraZeneca LP, KBI-E Inc. and Pozen Inc. (collectively, "Plaintiffs"), will move before this Court at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on September 17, 2012 at 10:00 a.m. for entry of an Order granting Plaintiffs' motion for leave to amend their Responses to Dr. Reddy's Laboratories, Ltd. Inc. and Dr. Reddy's Laboratories, Inc.'s (collectively, "DRL") Invalidity Contentions Pursuant to L. Pat.

ME1 13985086v.1

R. 3.6(i) to respond to the allegations of invalidity against all of the asserted claims of U.S. Patent 6,926,907 (namely, claims 1, 5, 9-17, 22-23, 35, 48 and 50-55.)

PLEASE TAKE FURTHER NOTICE that in compliance with Local Patent Rule 3.7, movant states that attorneys for Plaintiffs contacted the attorney for DRL, Alan Pollack, on two separate occasions but were unable obtain either consent or an objection to the relief sought by this motion.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely upon the Memorandum submitted with this Notice of Motion, and upon all pleadings and proceedings on file herein.

PLEASE TAKE FURTHER NOTICE that a Proposed Order granting Plaintiffs' motion is attached.

Respectfully submitted,

Dated:  August 17, 2012

s/John E. Flaherty
John E. Flaherty
Jonathan M.H. Short
Carissa L. Rodrigue
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E, Inc., and Pozen Inc.*

ME1 13985086v.1

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5095

*Of Counsel for Plaintiffs AstraZeneca AB
and AstraZeneca LP*

Stephen M. Hash
VINSON & ELKINS LLP
2801 Via Fortuna
Suite 100
Austin, TX 78746-7568
(512) 542-8504Of

*Counsel for Plaintiff Pozen Inc.*

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2250

*Of Counsel for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and KBI-E Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, I caused the foregoing PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND THEIR RESPONSE TO DRL'S INVALIDITY CONTENTIONS and supporting documents to be served upon the following counsel via electronic mail and the CM/ECF system:

| | | |
|---|---|---|
| Alan Henry Pollack | Robert F. Green | Sean R. Kelly |
| Andrew J. Miller | Christopher T. Griffith | **Saiber LLC** |
| Kenneth Crowell | Caryn C. Borg-Breen | Suite 200 |
| Stuart D. Sender | Jessica M. Tyrus | Florham Park, NJ 07932 |
| Dmitry Shelhoff | **Leydig, Voit & Mayer, Ltd.** | |
| Ajay Kayal | Two Prudential Plaza, | Skelly@saiber.com |
| **Budd Larner, P.C.** | Suite 4900 | |
| 150 John F. Kennedy Parkway | 180 N. Stetson Ave. | Katherine Escanlar |
| Short Hills, NJ 07078 | Chicago, IL 60601-6731 | **Saiber LLC** |
| | | One Gateway Center |
| apollack@buddlarner.com | rgreen@leydig.com | 10th Floor |
| amiller@buddlarner.com | cgriffith@leydig.com | Newark, NJ 07102 |
| kcrowell@buddlarner.com | cborg-breen@leydig.com | |
| ssender@buddlarner.com | jtyrus@leydig.com | kae@saiber.com |
| dshelhoff@buddlarner.com | | |
| akayal@buddlarner.com | Anthony W. Shaw | |
| | Joshua Morris | |
| Karen A. Confoy | Richard Berman | |
| Erica S. Helms | Crystal Canterbury | |
| **Sterns & Weinroth, P.C.** | **Arent Fox LLP** | |
| 50 W. State St., Suite 1400 | 1050 Connecticut Ave. NW | |
| P.O. Box 1298 | Washington, DC 20036 | |
| Trenton, NJ 08607-1298 | | |
| | Shaw.Anthony@Arentfox.com | |
| kconfoy@sternslaw.com | Morris.Joshua@Arentfox.com | |
| ehelms@sternslaw.com | Berman.Richard@Arentfox.com | |
| | Canterbury.Crystal@Arentfox.com | |

By: s/John E. Flaherty
John E. Flaherty
Jonathan M. H. Short
Carissa L. Rodrigue
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

*Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E, Inc. and Pozen Inc.*

ME1 13985086v.1